IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CASEY CAMPBELL, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:20-cv-00638-P |
| WILLIAM P BARR, et al., | § § § | |
| Defendants. | § § | |

# ORDER

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58.

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

It is further **ORDERED, ADJUDGED, and DECREED** that all costs and expenses are taxed against the party incurring the same.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **3rd day** of **August, 2020**.

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE