IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CASEY CAMPBELL, § § Plaintiff, § § v. § § WILLIAM P. BARR, ATTORNEY GENERAL OF THE UNITED STATES; UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU of PRISONS; and WILLIAM ONUH, § § § § § § § Defendants § | CIVIL ACTION NO. 4:20-cv-00638-P |

**PLAINTIFF'S MOTION TO RECONSIDER DISMISSAL
AND MOTION TO PROCEED WITHOUT LOCAL COUNSEL**

Plaintiff Casey Campbell files this Motion to Reconsider and Motion to Proceed Without Local Counsel seeking to reverse the dismissal of this action on August 3, 2020 for the undersigned counsel's failure to comply with Northern District of Texas Local Rule 83.10 and he shows:

### Relief Requested

1.      Plaintiff Casey Campbell asks the Court to reconsider its dismissal of this action, reinstate the case on the Court's active docket and allow Plaintiff to proceed without local counsel.

### Basis for the Relief Requested

2.      The undersigned counsel for Plaintiff shows the Court that Plaintiff did not intentionally fail to comply with Northern District of Texas Local Rule 83.10 and any failure to comply with the local rule was an inadvertent failure by the undersigned counsel, not a failure by the Plaintiff and he requests the Court reconsider its dismissal of this action, reinstate the action on the Court's active docket and allow the undersigned counsel to appear without local counsel.

**PLAINTIFF'S MOTION TO RECONSIDER DISMISSAL AND MOTION TO PROCEED
WITHOUT LOCAL COUNSEL – Page 1**
CAMPBELLMOTIONRECONSIDER.wpd

3.   Plaintiff details his arguments more fully in his accompanying brief in support of this motion.

### Certificate of Conference

4.   As no appearance was ever made in this action by any Defendant, the undersigned counsel is unaware of who represents either Defendant and Plaintiff is unable to confer as may be required by the Northern District of Texas Local Rules, but Plaintiff assumes the motion would be opposed if Defendants stated a position on the motion.

WHEREFORE, Plaintiff Casey Campbell asks the Court to reconsider its dismissal of this action; reinstate the case on the Court's active docket; allow Plaintiff to proceed without local counsel; and grant such other relief to which Plaintiff may show himself to be justly entitled.

Respectfully submitted,

LAW OFFICES OF WILLIAM J. DUNLEAVY

 s/ *William J. Dunleavy*
William J. Dunleavy
State Bar No. 00787404
825 Watters Creek Boulevard
Building M, Suite 250
Allen, Texas 75013
Telephone No. 972/247-9200
Facsimile No. 972/247-9201
Email: bill@williamjdunleavy.com

ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF FILING AND SERVICE

I certify on August 28, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court Northern District of Texas, using the electronic case filing system of the court, and I mailed a copy of the pleading to each Defendant via certified mail.

 s/ *William J. Dunleavy*
William J. Dunleavy